1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

4 | WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney
5 |     1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
6 |     Telephone: (510) 637-3703
    Fax: (510) 637-3724
7 |     William.Gullotta@usdoj.gov

8 | CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney
9 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
10 |     Telephone: (415) 436-7205
    FAX: (415) 436-7324
11 |     chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 15-00481-3 EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL AS TO HUBER VALENCIA ALCAZAR |
| HUBER VALENCIA ALCAZAR, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment without prejudice as to Huber Valencia Alcazar only in the above-referenced case.

///

///

NOTICE OF DISMISSAL (CR 15-00481 EJD)

DATED: August 10, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
WILLIAM J. GULLOTTA
Assistant United States Attorney

Leave is granted to the government to dismiss the Indictment as to Huber Valencia Alcazar only.

Date: 8/15/2016

EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL (CR 15-00481 EJD)